UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>Plaintiff,<br><br>v.<br><br>GLOBE/BAY AREA FORKLIFT CO., a California corporation,<br><br>Defendant. | NO.   C16-896-RSM<br><br>ORDER OF DEFAULT |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant, Globe/Bay Area Forklift Co., failing to appear, good cause being shown, and the Court being fully advised, now, therefore;

IT IS HEREBY ORDERED that Defendant, Globe/Bay Area Forklift Co., is in default.

DATED this 29th day of July, 2016.

WILLIAM M. McCOOL, Clerk
UNITED STATES DISTRICT COURT

By *s/Lowell Williams*
    Deputy Clerk

Presented for Entry by:

/s/*Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff